UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LEONARDO CASTRO,                                                   :
:
                         Plaintiff,                          :
:      23-CV-3738 (JMF)
      -v-                                                          :
:      ORDER
:
QUALITY AUTO SERVICES INC., et al,                                 :
:
                         Defendants.                         :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's May 10, 2023, Scheduling Order, ECF No. 5, the parties were required to file their proposed case management plan and joint letter, the contents of which are described therein, no later than Thursday of the week prior to the upcoming initial pretrial conference. To date, the parties have not filed the required documents. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **Monday, August 7, 2023**, at **3 p.m**.

       SO ORDERED.

Dated: August 4, 2023
       New York, New York                        _____
                                                      JESSE M. FURMAN
                                             United States District Judge