UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LEONARDO CASTRO,                                                        :
:
                    Plaintiff,                                         :
:      23-CV-3738 (JMF)
     -v-                                                              :
:      <u>ORDER</u>
QUALITY AUTO SERVICES INC. et al.,                                      :
:
                    Defendants.                                        :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Federal Rules of Civil Procedure, Plaintiff was required to file an Answer to Defendants' Counterclaims, ECF No. 17, within twenty-one days of service which was August 30, 2023. To date, Plaintiff has not filed an Answer. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 6, 2023.**

      SO ORDERED.

Dated: August 31, 2023
       New York, New York
                                                      JESSE M. FURMAN
                                         United States District Judge