UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LEONARDO CASTRO,

                    Plaintiff,              23-CV-3738 (JMF)(SN)

    -against-                            **ORDER**

QUALITY AUTO SERVICES INC. et al.,

                    Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    On May 10, 2023, the Honorable Jesse M. Furman assigned this matter to my docket for settlement. Judge Furman directed the parties to contact the Court no later than October 20, 2023, to schedule a settlement conference to be held by the close of discovery. ECF No. 19. To date, the parties have not scheduled a settlement conference. The parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference by October 27, 2023.

    In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                            SARAH NETBURN
                                            United States Magistrate Judge

DATED:    October 24, 2023
                New York, New York