UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

```
┌────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:                          │
│ DATE FILED:___ 10/27/2023       │
└────────────────────────────────┘
```

LEONARDO CASTRO,

                          Plaintiff,

               -against-

QUALITY AUTO SERVICES INC., et al.,

                       Defendants.

--------------------------------------------------------------------X

**23-cv-03738 (JMF)(SN)**

**SETTLEMENT CONFERENCE
ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

A settlement conference is scheduled for Tuesday, January 30, 2024, at 2:00 p.m. in

Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The parties are directed to review and comply with the Procedures for Cases Referred for

Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's

website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to

engage in good-faith settlement negotiations before the settlement conference and preferably

before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment

Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by

Tuesday, January 23, 2024.  Should the parties resolve the litigation before the conference date,

they must notify the Court in writing immediately.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      October 27, 2023
               New York, New York