UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LEONARDO CASTRO,

                                 Plaintiff,

           -against-

QUALITY AUTO SERVICES INC., et al.,

                                Defendants.

------------------------------------------------------------X

23-cv-03738 (JMF)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/2023

**SARAH NETBURN, United States Magistrate Judge:**

       The settlement conference scheduled for Tuesday, January 30, 2024, is ADJOURNED without date. The parties are directed to contact Courtroom Deputy Diljah Shaw by January 3, 2024, at diljah_shaw@nysd.uscourts.gov, with mutually available dates in April 2024.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   December 21, 2023
                 New York, New York