UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                   :

LEONARDO CASTRO,                 :

                     :

            Plaintiff,       :

                     :              23-CV-3738 (JMF)

      -v-                 :

                     :                <u>ORDER</u>

QUALITY AUTO SERVICES INC. et al.,   :

                     :

           Defendants.    :

                     :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As stated on the record during the teleconference held earlier today:

- No later than **March 8, 2024**, the parties shall file a proposed Joint Pretrial Order prepared in accordance with the Court's Individual Rules and Practices and Fed. R. Civ. P. 26(a)(3).  The parties shall also follow Paragraph 5 of the Court's Individual Rules and Practices for Civil Cases, which identifies submissions that must be made at or before the time of the Joint Pretrial Order, including any motions *in limine*.

- The parties shall be ready for trial approximately two weeks after submitting the Joint Pretrial Order.

Absent a settlement, no extensions of the Joint Pretrial Order deadline will be granted.

     SO ORDERED.

Dated: February 8, 2024
      New York, New York                        _____

                                           JESSE M. FURMAN
                               United States District Judge