# CZIK LAW PLLC

401 Greenwich Street
New York, New York 10013
T: (212) 413-4462 ● F: (212) 226-7555 ● E: info@cziklaw.com

Direct Email: steven@cziklaw.com

February 20, 2024

**VIA ECF**

Honorable Judge Jesse M. Furman
United States District Court of the
Southern District of New York
40 Foley Square, Courtroom 1105
New York, New York 10007

        Re:    Leonardo Castro v. Quality Auto Services Inc., et al
               SDNY Case No.: 23-CV-3738 (JMF)
               <u>Our File No.: 2K19S1126K</u>

Dear Honorable Judge Furman:

      This law firm represents Defendant in the above-captioned matter for which a teleconference was held on the afternoon of February 8, 2024. During that conference, the parties advised the Court of the substantial progress made towards a settlement and that they were only Two Thousand Five Hundred ($2,500.00) Dollars apart.

      The Court issued an Order that day indicating that no later than March 8, 2024, the parties should file a proposed Joint Pre-Trial Order and that the parties "should also follow Paragraph 5 of the Court's Individual Rules… which identify submissions that must be made at or before the Joint Pre-Trial Order." The Court continued to indicate that "absent a settlement, no extensions of the Joint Pre-Trial Order deadline will be granted." Following that Order, I immediately reached out to my client, seeking some movement to bridge the settlement gap between the parties. For nearly every day over the next week, I called, texted, or emailed but received no response.

      I finally received a call late yesterday, February 19, 2024, from a manager of Defendant corporation advising me that the principal involved in this matter whom I had been trying to reach, and the only individual with authority to settle, had been diagnosed with pancreatic cancer and had just undergone a serious and substantial surgery to remove the tumor. The results of the surgery were still unknown; however, I was also advised that due to recovery and the expected intense post-operation cancer treatment, I would likely be unable to communicate with him for approximately three weeks.

      As such, and based on the exigent circumstances presented, it is kindly, humbly and respectfully requested that the deadline for the parties to file a proposed Joint Pre-Trial Order be extended one final time for thirty (30) days to April 8, 2024, to allow the parties the opportunity necessary to settle this matter and resolve all issues pertaining to this action or to allow Defendants the time needed to submit required pre-trial documents.

Very truly yours,

Steven J. Czik

cc: El-Hag and Associates P.C. via ECF

Application GRANTED. The Court extends its well wishes to Defendant's principal. The Clerk of Court is directed to terminate ECF No. 32.

SO ORDERED.

February 21, 2024